FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC 21  PM 1: 44

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ZACHARY A. COOPER | CIVIL ACTION |
| VERSUS | NO: 04-1906 |
| SOCIAL SECURITY ADMINISTRATION | SECTION: "K" (4) |

### ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS ORDERED** that the ALJ's decision denying Zachary A. Cooper's claim for Supplemental Security Income Benefits is **AFFIRMED.**

New Orleans, Louisiana, this _____ day of _____ 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process___
_X_ Dktd_____
___ CtRmDep__
___ Doc. No___